UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOMAS NARCISO DAVILA, *individually and on behalf of others similarly situated*,

Plaintiff,

-v.-

AQIDAS TRADING, INC. (d/b/a Q MARQET) and HAK S. MEIER,

Defendants.

---

25 Civ. 1385 (KPF)

**DEFAULT JUDGMENT**

KATHERINE POLK FAILLA, District Judge:

Plaintiff commenced this action by filing a Complaint (and associated documents) on February 18, 2025.

To date, Defendants Aqidas Trading, Inc. (d/b/a Q Marqet) and Hak S. Meier have failed to answer or otherwise respond to the Complaint. The Clerk of this Court certified the defaults of Aqidas Trading, Inc. (d/b/a Q Marqet) and Hak S. Meier on May 1, 2025.

NOW, on motion of Plaintiff, by his attorneys, Michael Faillace & Associates P.C., it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Tomas Narciso Davila has judgment, joint and severally, against Defendants Aqidas Trading, Inc. (d/b/a Q Marqet) and Hak S. Meier, in the total amount of $120,270.35, including (i) compensatory damages for unpaid minimum wages and overtime compensation in the amount of $52,230.00; (ii) liquidated damages for unpaid minimum wages and overtime compensation in the amount of $52,230.00; (iii) statutory damages for violations of New York Labor Law § 195(1) in the amount of $5,000.00; (iv) statutory damages for

violations of New York Labor Law § 195(3) in the amount of $5,000.00; and (v) pre-judgment interest on unpaid minimum wages and overtime compensation calculated at the rate of 9% per annum to the date of judgment in the amount of $5,810.35 as of August 12, 2025.

That Plaintiff is awarded attorney's fees in the amount of $3,102.50, and costs in the amount of $555.00.

That Plaintiff is awarded post-judgment interest as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

SO ORDERED.

Dated: August 12, 2025
       New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge