ABSTRACT OF JUDGMENT

**Re:** Davila v. Aqidas Trading, Inc (d/b/a Q Marqet) et al

**Case Number:** 1:25-cv-01385-KPF

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Aqidas Trading, Inc.<br>(d/b/a Q Marqet)<br>38 E. 98th Street<br>New York, NY, 10029<br><br>Hak S. Meier<br>38 E. 98th Street<br>New York, NY, 10029 | Tomas Narciso Davila<br>c/o Michael Faillace & Associates, P.C.<br>60 E 42nd St, Ste 4510<br>New York, NY 10165 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $120,270.35 | Michael Faillace, Esq.<br>Michael Faillace & Associates, P.C.<br>60 E 42nd St, Ste 4510<br>New York, NY 10165 | 08/12/2025 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE - U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

**Dated:** New York                    , New York

TAMMI M. HELLWIG, Clerk of Court

_____
           **By,**            **Deputy Clerk**