**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOMAS NARCISO DAVILA,<br><br>Plaintiff,<br><br>-v.-<br><br>AQIDAS TRADING, INC., *doing business as* Q MARQET, and HAK S. MEIER,<br><br>Defendants. | 25 Civ. 1385 (KPF)<br><br>**ORDER VACATING DEFAULT JUDGMENT** |

**WHEREAS**, Plaintiff Tomas Narciso Davila ("Plaintiff") commenced this action against Defendants Aqidas Trading, Inc. (d/b/a Q Marqet) and Hak S. Meier ("Defendants") by filing a Complaint on February 18, 2025;

**WHEREAS**, a default judgment was entered against Defendants, jointly and severally, on August 12, 2025, in the total amount of $120,270.35 (ECF No. 19) (the "Default Judgment");

**WHEREAS**, an abstract of judgment was issued on February 17, 2026, and the New York City Marshal thereafter levied upon property at Defendants' premises and scheduled a public auction for August 20, 2026;

**WHEREAS**, Defendants have appeared in this action through the undersigned counsel, and the parties, and have moved, by motion, to vacate the default judgment pursuant to Rules 55(c) and 60(b) of the Federal Rules of Civil Procedure;

**WHEREAS**, Plaintiff consents to the relief sought in Defendants' motion;

**WHEREAS**, the Court having considered the moving papers, any opposition thereto, and any reply, and good cause appearing therefor;

**NOW, THEREFORE**, it is hereby

**ORDERED** that the default judgment entered against Defendants Aqidas Trading, Inc. (d/b/a Q Marqet) and Hak S. Meier on August 12, 2025 be and hereby is VACATED and set aside; and it is further

**ORDERED** that Defendants shall file and serve their respective responsive pleading or motion directed to the Complaint on or before **October 13, 2026**; and it is further

**ORDERED** that the parties appear for an initial pretrial conference to be held telephonically on **November 24, 2026**, at **12:00 p.m.** At the scheduled date and time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 24.

Dated: September 8, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE